```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/17/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
TAMARA DELVI,                                                      :
:
:
               Plaintiff,                                          :
:        24-cv-1342 (LJL)
     -v-                                                           :
:        ORDER
:
STARBUCKS COFFEE COMPANY, et al.,                                  :
:
               Defendants.                                         :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

It is hereby ordered that all proceedings in the above-captioned matter is stayed pending resolution of arbitration. It is further ordered that the parties will submit a joint status letter on July 26, 2024, and every three months thereafter.

SO ORDERED.

Dated: May 17, 2024
       New York, New York                      _____
                                                       LEWIS J. LIMAN
                                                United States District Judge